# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ROBIN BARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 3:17-CV-00616-JD-MGG |
| v. ) | |
| ) | |
| ZIMMER BIOMET HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PARTIAL MOTION TO DISMISS COUNTS III, IV, AND V OF PLAINTIFF'S THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Zimmer Biomet Holdings, Inc. ("Zimmer Biomet" or "Defendant"), by and through its attorneys, hereby respectfully moves this Court to dismiss Counts III, IV, and V of Plaintiff Robin Barney's ("Plaintiff") Third Amended Complaint ("Complaint") with prejudice. Specifically, Plaintiff fails to plead any facts that support these claims. Zimmer Biomet relies on the facts and law set forth in the accompanying Memorandum of Law in support of its Partial Motion to Dismiss.

Date: November 22, 2017

Respectfully submitted:

/s/ Meredith E. Riccio
Troy S. Brown (*pro hac vice*)
Michael L. Banks (*pro hac vice*)
Meredith E. Riccio (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
troy.brown@morganlewis.com
michael.banks@morganlewis.com
meredith.riccio@morganlewis.com

John D. Ladue
Stephen M. Judge

                                                                                          LADUE | CURRAN | KUEHN
100 E. Wayne St., Suite 300
South Bend, IN 46601
Tel: (574) 968-0760
Fax: (574) 968-0761
jkuehn@lck-law.com
sjudge@lck-law.com

*Attorneys for the Defendant*
*Zimmer Biomet Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on November 22, 2017.

/s/ Meredith E. Riccio